# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Lindsey Weiss Harris
To Call Writer Directly:
+1 212 909 3387
lindsey.harris@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 9, 2023

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 10/17/2023

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re: *Wheels Up Partners LLC v. Exclusive Jets, LLC*, Case No. 1:23-cv-08077-VSB

Dear Judge Broderick:

We represent Plaintiff Wheels Up Partners, LLC in connection with the above referenced action. We write pursuant to Rule 5.B.i of Your Honor's Individual Rules and Practices, to respectfully request leave to seal/redact portions of Plaintiff's Rule 7.1 Corporate Disclosure Statement as it contains individuals' employment history, which, pursuant to Your Honor's individual practices, may be sealed/redacted without prior Court approval.

Plaintiff submits this request due to the electronic filing system limitations. Specifically, a party may not file a document under seal without linking the sealed document to a pending application or order. As such, Plaintiff submits this letter-motion seeking leave to redact/seal limited portions of its Rule 7.1 Statement pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's ECF Privacy Policy.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Lindsey Weiss Harris*
Lindsey Weiss Harris

Cc: All counsel of record via CM/ECF