# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Lindsey Weiss Harris
To Call Writer Directly:
+1 212 909 3387
lindsey.harris@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 10/31/2023

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re:   *Wheels Up Partners LLC v. Exclusive Jets, LLC*, Case No. 1:23-cv-08077-VSB

Dear Judge Broderick:

We represent Plaintiff Wheels Up Partners LLC in connection with the above-referenced action. We write pursuant to Rule 5.B.i of Your Honor's Individual Rules and Practices, to respectfully request leave to seal/redact portions of Plaintiff's Rule 26.1 Verified Statement and Exhibit A thereto as they contain an individual's employment history, home address, e-mail and social security numbers, which, pursuant to Your Honor's individual practices, may be sealed/redacted without prior Court approval.

Plaintiff submits this request due to the electronic filing system limitations. Specifically, a party may not file a document under seal without linking the sealed document to a pending application or order. As such, Plaintiff submits this letter-motion seeking leave to redact/seal limited portions of its Rule 26.1 Verified Statement and Exhibit A thereto pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's ECF Privacy Policy.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Lindsey Weiss Harris*
Lindsey Weiss Harris

Cc: All counsel of record via CM/ECF

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.